| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER: |
|---|
| JASON LO (SBN 219030)     213-229-7000 |
| GIBSON, DUNN & CRUTCHER LLP |
| 333 South Grand Avenue |
| Los Angeles, CA  90071 |
| ATTORNEY(S) FOR: Defendant Playtex Products, LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MUNCHKIN, INC.,

Plaintiff(s),

v.

PLAYTEX PRODUCTS, LLC,

Defendant(s)

CASE NUMBER:

2:14-cv-02030-JEM

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

***(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)***

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge John E. McDermott. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☑ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Jason Lo | 5/9/14  /s/ Jason Lo | Playtex Products, LLC |
| | | |
| | | |

☐ Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge.

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (06/11)   **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 333 South Grand Avenue, Los Angeles, California, 90071.

On May 9, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on May 9, 2014 at Los Angeles, California.


<u>    Jason Lo             </u>                    <u>     /s/ Jason Lo            </u>
(Type or Print Name)                              (Signature)